16641.    BRYANT *v.* GEORGIA RAILWAY AND POWER COMPANY.

LUKE, J.  When this case was brought to this court the judgment of the trial court awarding a nonsuit was affirmed.  34 *Ga. App.* 488 (130 S. E. 370).  A writ of certiorari was granted by the Supreme Court; and on July 14, 1926, the judgment of this court was reversed by a majority of the Justices of the Supreme Court.  162 *Ga.*      (134 S. E. 319).  It is therefore ordered that the former judgment of this court be vacated; and the judgment of the trial court awarding a nonsuit is
                    *Reversed.  Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED AUGUST 4, 1926.

Action for damages; from city court of Atlanta—Judge Reid. June 5, 1925.

*W. E. Arnaud, J. K. Jordan,* for plaintiff.
*Colquitt & Conyers, Sidney Smith,* for defendant.